# Notice Recipients

District/Off: 0970–2     User: rootk     Date Created: 1/13/2010
Case: 2:09–bk–09597–SSC     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| 8366744 | Citibank, N.A., as Trustee for certificateholders | 2525 E. CAMELBACK RD. SUITE 300 | PHOENIX, AZ 85016 |

TOTAL: 1